# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

De'MONTRAY LAPEL WARD , Plaintiff

v.

ASSOCIATE WARDEN A. ARMIJO, CAPTAIN AVERY,
OFFICER T. MAINE, OFFICER ZEPLIN, OFFICER BISHOP,
OFFICER MCCARI, OFFICER HS. HGMN, NURSE HOPPER,
NURSE TAYLOR, NURSE LINDGREN, NURSE WISEMAN, PA-BAYER
DR. MCGAUGH, NURSE CARLIE, PSYCHOLOGIST EXNER, TREATMENT
SPECIALIST HUDGENS, NURSE PANICO ,

_____ ,

_____ , Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY -6 2024

JEFFREY P. COLWELL
CLERK

**Jury Trial requested:**
**(please check one)**
✓ Yes _____ No

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

DeMontray Ward #45499-379 )(United States Penitentiary Florence.)(P.o. Box 7000, Florence, CO 81226 )

(Name, prisoner identification number, and complete mailing address)

RED

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

\_\_\_\_    Pretrial detainee
\_\_\_\_    Civilly committed detainee
\_\_\_\_    Immigration detainee
\_\_\_\_    Convicted and sentenced state prisoner
✔    Convicted and sentenced federal prisoner
\_\_\_\_    Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:  (A. Armijo, Associate Warden) (United States Penitentiary Florence) P.o. Box 7000 Florence, Colorado 81226

(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  ✔ Yes \_\_\_ No (*check one*).  Briefly explain:

AW. A. Armijo HAS over-sight over medical so if A inmate Has A complaint against Medical She is the one who will investigate that complaint.

Defendant 1 is being sued in his/her ✔ individual and/or ✔ official capacity.

2

Defendant 2: (M. AVERY - CAPTAIN) (UNITED STATES PENITENTIARY FLORENCE) P.O. Box 7000 FLORENCE, Colorado 81226

(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

CAPTAIN M. AVERY HAS OVER-sight FOR SECURITY so ANY time A INMATE HAS A COMPLAINT CAPTAIN HAS the power to INVESTIGATE that complaint NO - MATTER the NATURE.

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: (K. EXNER - Psychologist) (UNITED STATES PENITENTIARY/ FLORENCE) P.O. Box 7000 FLORENCE, Colorado 81226

(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Psychologist EXNER is the COORDINATOR FOR the Secure Stages PROGRAM So EVERY INMATE that is Housed in the SECURE STAGE PROGRAM IS IN HER CARE

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___    State/Local Official (42 U.S.C. § 1983)

✓    Federal Official

As to the federal official, are you seeking:

✓ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

✓ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___    Other: (*please identify*) _____

3

B. DEFENDANT(S)

Defendant 4: (MCCARI - OFFICER) (UNITED STATES PENITENTIARY FLORENCE) P.O. BOX 7000
FLORENCE, COLORADO 81226
(NAME, JOB TITLE, AND COMPLETE MAILING ADDRESS)

AT THE TIME THE CLAIM(S) IN THIS COMPLAINT AROSE, WAS THIS DEFENDANT ACTING
UNDER COLOR OF STATE OR FEDERAL LAW? ✓ YES ___ NO. BRIEFLY EXPLAIN: OFFICER
MCCARI OVER-SEE THE SAFETY OF ALL INMATES IN HIS CARE
DEFENDANT 4 IS BEING SUED IN HIS/HER ✓ INDIVIDUAL AND/OR ✓ OFFICIAL CAPACITY.

Defendant 5: (MS. MANN - OFFICER) (UNITED STATES PENITENTIARY FLORENCE) P.O. BOX 7000
FLORENCE, COLORADO 81226
(NAME, JOB TITLE, AND COMPLETE MAILING ADDRESS)

AT THE TIME THE CLAIM(S) IN THIS COMPLAINT AROSE, WAS THIS DEFENDANT ACTING
UNDER COLOR OF STATE OR FEDERAL LAW? ✓ YES ___ NO. BRIEFLY EXPLAIN:
OFFICER MANN OVER-SEE THE SAFETY OF ALL THE INMATES IN HER CARE

DEFENDANT 5 IS BEING SUED IN HIS/HER ✓ INDIVIDUAL AND/OR ✓ OFFICIAL CAPACITY.

Defendant 6: (HOPPER - NURSE) (UNITED STATES PENITENTIARY FLORENCE) P.O. BOX 7000
FLORENCE, COLORADO 81226
(NAME, JOB TITLE, AND COMPLETE MAILING ADDRESS)

AT THE TIME THE CLAIM(S) IN THIS COMPLAINT AROSE, WAS THIS DEFENDANT
ACTING UNDER COLOR OF STATE OR FEDERAL LAW? ✓ YES ___ NO. BRIEFLY EXPLAIN:
NURSE HOPPER OVER-SEES THE MEDICAL TREATMENT FOR ALL INMATES IN HER CARE

DEFENDANT 6 IS BEING SUED IN HIS/HER ✓ INDIVIDUAL AND/OR ✓ OFFICIAL CAPACITY.

DEFENDANT 7: (TAYLOR - NURSE) (UNITED STATES PENITENTIARY FLORENCE) P.O. BOX 7000
FLORENCE, COLORADO 81226
(NAME, JOB TITLE, AND COMPLETE MAILING ADDRESS)

AT THE TIME THE CLAIM(S) IN THIS COMPLAINT AROSE, WAS THIS DEFENDANT
ACTING UNDER COLOR OF STATE OR FEDERAL LAW? ✓ YES ___ NO. BRIEFLY EXPLAIN
NURSE TAYLOR OVER-SEE THE MEDICAL TREATMENT FOR ALL INMATES IN HER CARE

DEFENDANT 7 IS BEING SUED IN HIS/HER ✓ INDIVIDUAL AND/OR ✓ OFFICIAL CAPACITY

B. DEFENDANT(S)

Defendant 8: (LINDGREN - NURSE) (UNITED STATES PENITENTIARY FLORENCE) P.O. BOX 7000
FLORENCE, COLORADO 81226
(NAME, Job title, AND complete Mailing ADDRESS)

AT the time the CLAIM(S) IN this COMPLAINT AROSE, WAS this defendant Acting
UNDER COLOR OF STATE OR FEDERAL LAW? ✓YES __NO. BRIEFLY EXPLAIN:
NURSE LINDGREN OVER-SEE's the MEDICAL TREATMENT FOR ALL INMATE IN HER CARE

Defendant 8 is being SUED IN his/her ✓individual AND/or ✓official capa

Defendant 9: (WISEMAN - NURSE) (UNITED STATES PENITENTIARY FLORENCE) P.O. BOX 7000
FLORENCE, COLORADO 81226
(NAME, Job title, AND complete Mailing ADDRESS)

AT the time the CLAIM(S) IN this COMPLAINT AROSE, WAS this defendant
Acting UNDER COLOR OF STATE OR FEDERAL LAW? ✓YES __NO. BRIEFLY EXPLAIN:
NURSE WISEMAN OVER-SEE's the MEDICAL TREATMENT FOR ALL INMATE IN HER CARE

Defendant 9 is being SUED IN his/her ✓individual AND/or ✓official capacity.

Defendant 10: (BAVER - PA) UNITED STATES PENITENTIARY FLORENCE) P.O. BOX 7000
FLORENCE, COLORADO 81226
(NAME, Job title, AND Complete Mailing ADDRESS)

AT the time the CLAIM(S) IN this COMPLAINT AROSE, WAS this DEFENDANT
Acting UNDER COLOR OF STATE OR FEDERAL LAW? ✓YES __NO. BRIEFLY EXPLAIN:
PA-BAVER OVER-SEE's the MEDICAL TREATMENT FOR ALL INMATES IN his CARE

DEFENDANT 10 is being SUED IN his/her ✓individual AND/or ✓official capacity.

Defendant 11: (McGAUGH - DOCTOR) UNITED STATES PENITENTIARY FLORENCE) P.O. BOX 7000
FLORENCE, COLORADO 81226
(NAME, Job title, AND complete Mailing ADDRESS)

AT the time the CLAIM(S) IN this COMPLAINT AROSE, WAS this DEFENDANT Acting UNDER
COLOR OF STATE OR FEDERAL LAW? ✓YES __NO. BRIEFLY EXPLAIN: Doctor-McGAUGH
OVER-SEE's the MEDICAL TREATMENT FOR ALL INMATES IN his CARE.

DEFENDANT 11 is being SUED IN his/her ✓individual AND/or ✓official capacity.

B. DEFENDANT(S)

DEFENDANT 12: (T. MAINE-Officer) (UNITED STATES PENITENTIARY FLORENCE) P.O. BOX 7000 FLORENCE, COLORADO 81226
NAME, JOB TITLE, AND COMPLETE MAILING ADDRESS

AT the time the CLAIM(S) IN this COMPLAINT AROSE, Was this defendant acting UNDER COLOR OF STATE OR FEDERAL LAW? ✓YES ___ NO. BRIEFLY EXPLAIN: OFFICER MAINE OVER-SEE' the SAFETY OF ALL INMATES IN HER CARE

DEFENDANT 12 is being SUED in his/her ✓individual and/or ✓official capacity.

DEFENDANT 13: (ZEPLIN-OFFICER) (UNITED STATES PENITENTIARY FLORENCE) P.O. BOX 7000 FLORENCE, COLORADO 81226
NAME, JOB TITLE, AND COMPLETE MAILING ADDRESS

AT the time the CLAIM(S) IN this COMPLAINT AROSE, WAS this defendant acting UNDER COLOR OF STATE OR FEDERAL LAW? ✓YES ___ NO. BRIEFLY EXPLAIN: OFFICER ZEPLIN OVER-SEE' the safety OF ALL INMATES IN his CARE

DEFENDANT 13 is BEING SUED IN his/her ✓individual and/or ✓official capacity.

DEFENDANT 14: (Bishop-OFFICER) (UNITED STATES PENITENTIARY) P.O. BOX 7000 FLORENCE, COLORADO 81226
NAME, JOB TITLE, AND COMPLETE MAILING ADDRESS

AT the time the CLAIM(S) IN this COMPLAINT AROSE, WAS this defendant acting UNDER COLOR OF STATE OR FEDERAL LAW? ✓YES ___ NO. BRIEFLY EXPLAIN: OFFICER Bishop OVER-SEE' the SAFETY OF ALL INMATES IN his CARE

DEFENDANT 14 is BEING SUED IN his/her ✓individual and/or ✓official capacity.

B. DEFENDANT(S)

DEFENDANT 15 : (CARLIE - NURSE) (UNITED STATES PENITENTIARY FLORENCE) P.O. BOX 7000 FLORENCE, COLORADO 81226
NAME, Job title, AND complete mailing ADDRESS

AT THE time the CLAIM(S) IN this COMPLAINT AROSE, WAS this defendant acting under color of STATE OR FEDERAL LAW? ✓YES __ NO. BRIEFLY EXPLAIN : NURSE CARLIE OVER-SEE THE MEDICAL TREATMENT FOR All INMATES IN HER CARE

DEFENDANT 15 is being SUED IN his/her ✓individual And/or ✓official capacity.

DEFENDANT 16 : (EXNER - Psychologist) (UNITED STATES PENITENTIARY/FLORENCE) P.O. BOX 7000 FLORENCE, COLORADO 81226
NAME, Job title, AND complete mailing ADDRESS

AT the time the CLAIM(S) IN this COMPLAINT AROSE, WAS this defendant acting under color of STATE OR FEDERAL LAW? YES ✓ NO __ . BRIEFLY EXPLAIN : Psychologist EXNER OVER-SEE the Safety AND CARE of All INMATES IN HER CARE

DEFENDANT 16 is being SUED IN his/her ✓individual And/or ✓official capacity.

DEFENDANT 17 : (HUDGENS) (TREATMENT SPECIALIST) (UNITED STATES PENITENTIARY FLORENCE) P.O. BOX 7000 FLORENCE, COLORADO 81226
NAME, Job title, AND complete mailing ADDRESS

AT THE time the CLAIM(S) IN this COMPLAINT AROSE, WAS this defendant acting under color of STATE OR FEDERAL LAW? __ YES __ NO. BRIEFLY EXPLAIN : TREATMENT SPECIALIST Hudgens OVER-SEE THE SAFETY AND CARE of All THE INMATES IN HER CARE.

Defendant 17 is being SUED IN his/her ✓individual And/or ✓official capacity

DEFENDANT 18 : (PANICO - NURSE) (UNITED STATES PENITENTIARY FLORENCE) P.O. BOX 7000 FLORENCE, COLORADO 81226
NAME, Job title, AND complete mailing ADDRESS

AT THE time the CLAIM(S) in this COMPLAINT AROSE, WAS this defendant acting under color of STATE OR FEDERAL LAW? ✓ YES __ NO. BRIEFLY EXPLAIN : NURSE PANICO OVER-SEE THE MEDICAL TREATMENT FOR All INMATES IN HER CARE

DEFENDANT 18 is being SUED IN his/her ✓individual And/or ✓official capacity

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: DELIBERATE INDIFFENCE TO A SERIOUS MEDICAL NEED WHICH VIOLATES THE 8th AMENDMENT Right.

Claim one is asserted against these Defendant(s): WISEMAN, HOPPER, CARLIE, TAYLOR, LINDGREN, MCGAUGH, BAYER, ARM'JO, AVERY, EXNER, HUDGENS, MCCARI, MANN, BISHOP, ZEPLIN, HAINE, PANICO

Supporting facts: THIS CLAIM IS ONE BIG CLAIM WITH ALOT OF SMALL AND BIG INCIDENTS TOGETHER SO I AM GOING TO TELL A STORY BUT IT ALL WILL COME TOGETHER NICELY. THIS IS THE START OF THE STORY: ON THE DATE OF 02/19/2024 I WAS HAVING CHEST PAINS SO I SUBMITTED A E-MAIL TO DR. MCGAUGH ADDRESSING MY MEDICAL CONCERNS BUT DR. MCGAUGH NEVER RESPONDED TO MY E-MAIL. SO ON THE DATE OF 02/25/2024 I SENT ANOTHER E-MAIL TO MEDICAL LABELED TO WHOM IT MAY CONCERN INFORMING THE MEDICAL DEPARTMENT HERE AT USP FLORENCE THAT I WAS REQUESTING TO HAVE MY BLOOD PRESSURE CHECKED BECAUSE I WAS FEELING LIGHT HEADED AND HAVING CHEST PAINS AN GIVEN MY HEART CONDITION I WANTED TO BE SEEN BY A DOCTOR TO ADDRESS THESE ISSUES BUT AGAIN MY SICK-CALL WAS NOT ANSWERED. ~~ONE~~ ~~RETALIATED AGAINST BY NURSE WISEMAN AND NURSE CARLIE BECAUSE~~ ~~I FILED~~ ONE WEEK LATER ON THE DATE 03/03/2024 I WAS RETALIATED ON BY NURSE WISEMAN AND NURSE CARLIE BECAUSE I FILED A BP-8 DATED 02/26/2024 IN REGARDS TO ME NOT RECEIVING ADEQUATE MEDICAL TREATMENT FOR MY CHEST PAINS AND ME BEING LIGHT HEADED. NURSE WISEMAN AND NURSE CARLIE RETALIATED ~~AGAINST~~ BY REFUSING ME MY HEART MEDICATION ON THE DATE OF 03/03/2024 WHICH CAN BE SEEN ON CAMERA. SO I WENT 24 HOURS WITHOUT MY HEART MEDICATION. ALSO I FILED A E-MAIL WITH THE MEDICAL DEPARTMENT ON THE DATE OF 03/04/2024 INFORMING THEM ON WHAT NURSE WISEMAN AND NURSE CARLIE HAD DONE BUT I NEVER GOT A RESPONSE BACK. SO I FILED ANOTHER BP-8 ON THE DATE OF 03/08/2024 WHICH WAS NEVER RETURNED BUT ON THE DATE OF 03/14/2024 AT THE TIME OF 10:45AM NURSE TAYLOR CHECKED MY BLOOD PRESSURE AN IT WAS 150 OVER 101 SO SHE INFORMED ME THAT A FOLLOW UP WOULD BE PERFORMED BY THE NURSE THAT WOULD DO NIGHT TIME PILL-LINE WHICH WAS NURSE CARLIE WHO REFUSED TO

## D. STATEMENT OF CLAIM(S)

CHECK MY blood PRESSURE because SHE Said I filed A COMPLAINT AGAINST HER DATED 02/26/2024 AND 03/12/2024. THE COMPLAINT I FILED AGAINST NURSE CARLIE AND COUNTLESS OTHER MEDICAL OFFICIALS HERE AT USP FLORENCE WAS A BP-9 I GAVE TO UNIT MANAGER C. WILKINSON ADDRESSING ME being light HEADED AND HAVING CHEST PAINS AND NOT RECEIVING ANY TREATMENT FOR MY MEDICAL ISSUES HERE AT USP FLORENCE. I GAVE THE BP-9 TO UNIT MANAGER C. WILKINSON AT THE TIME OF 2:30AM ON THE DATE OF 03/12/2023 but I NEVER RECEIVED MY BP-9 BACK. ALSO it CAN be SEEN ON CAMERA ME HANDING UNIT MANAGER C. WILKINSON MY BP-9. ALSO ON THE DATE OF 03/15/2024 AT THE TIME OF 6:10AM NURSE TAYLOR STOPPED by MY CELL DOOR FOR MORNING TIME pill-LINE AN I LET HER KNOW MY blood PRESSURE WAS NEVER CHECKED by THE Night TIME Pill-LINE NURSE WHO WAS NURSE CARLIE. NURSE TAYLOR THEN REFUSED to PERFORM HER DUTIES by Doing A Follow up blood PRESSURE CHECK ON ME. ON THE DATE OF 03/18/2024 NURSE HOPPER REFUSED ME MY HEART MEDICATION AT THE TIME OF 5:30AM. YOU CAN SEE ON CAMERA NURSE HOPPER NEVER STOPPED AT MY CELL DOOR to EVEN give ME MY HEART MEDICATION. THE REASON WHY NURSE HOPPER REFUSED ME MY HEART MEDICATION ON THE DATE OF 03/18/2024 IS because I HAVE been WRITING up THE MEDICAL DEPARTMENT FOR NOT giving ME Adequate Medical TREATMENT FOR THE CHEST PAINS AND feelings of being light HEADED I HAVE been HAVING. ALSO DOING the MONTH OF MARCH I WAS ON "RAMADAN" WHICH IS A MUSLIMS holy MONTH FOR FASTING SO After 6:15AM I CANT CONSUME ANY FOOD OR MEDICATION because it WILL BREAK MY FAST WHICH THE MEDICAL DEPARTMENT HERE AT USP FLORENCE WAS INFORMED of by RELIGIOUS SERVICES. AT THE TIME OF 6:30AM I HIT THE EMERGENCY button to INFORM officer ROBINSON I Was HAVING CHEST PAINS And feeling light HEADED DUE to ME NOT RECEIVING MY HEART MEDICATION. OFFICER ROBINSON INFORMED ME HE would INFORM MEDICAL. AT THE TIME OF 6:44AM NURSE TAYLOR CAME to MY CELL DOOR without MY HEART MEDICATION AN told ME that THE SUN Was UP SO I Could NOT RECEIVE MY HEART MEDICATION. THIS incident CAN BE SEEN ON CAMERA. I HAVE COUNTLESS COMPLAINTS AGAINST THE MEDICAL DEPARTMENT HERE AT USP FLORENCE FOR REFUSING to give ME MY HEART MEDICATION And REFUSING to give ME TREATMENT FOR HAVING CHEST PAINS AND being light HEADED. NURSE HOPPER And NURSE TAYLOR CAME BACK to DO REGULAR Pill-LINE FOR THE individuals that's not ON RAMADAN AT THE TIME OF 7:54AM AN SHE NEVER HAD MY MEDICATION

5

## D. STATEMENT OF CLAIM(S)

With her or she never told me why she didn't stop at my cell door to give me my heart medication. Also I have proof that the medical department had knowledge of this situation. Later on the date of 03/18/2024 around the time of 5:45 PM I passed out in inside (REC) an hit my forehead which I sustained a injury. I passed out because I was refused my heart medication by nurse Hopper and nurse Taylor. I was moved to the medical room here on my unit which is D/B. While I was in the medical room my blood pressure was checked an it was 170 over 98 which is super high and not normal. Nurse Wiseman checked my blood pressure once and she never re-checked it even after she seen my blood pressure was 170 over 98. Nurse Wiseman an the rest of the medical department staff here at USP Florence has been refusing me medical treatment for chest pains and being light headed for over 2 months which I have proof of. On the date of 04/03/2024 at the time of 12:40 AM after mid-night Officer McCarl covered my cell window with a paper to mess with me but I didn't react. This incident can be seen on camera. The second incident that happen on this same day happened at the time of 6:03 AM, Nurse Hopper and Officer McCarl walked pass my cell door which was cell 104 without giving me my heart medication. Nurse Hopper and countless other nurses has refused me my medication the same way, which has caused me to have chest pains and feel light headed. I have a heart condition on file this is why I have to take my heart medication so that I want have a "heart attack". The medical staff here at USP Florence knows this. At the time of 6:15 AM I pressed my emergency button an none of the officers answered it, because they knew I was having chest pains because Officer McCarl had nurse Hopper to refuse me my heart medication. You can look at the cameras located on my unit which is D/B an see nurse Hopper or officer McCarl never stoped at my cell door to give me my heart medication. The officers names that never answered my emergency when I pressed is McCarl, Mann, and a unknown female officer that don't wear her name tag. At 6:45 AM inmate Terry informed the officers I was having chest pains and my emergency button was flashing red still no-help came. At the time of 7:00 AM officer Mann turned off my emergency button without asking me

D. STATEMENT OF CLAIM(S)

WHAT WAS MY EMERGENCY. SO AT THE TIME OF 7:05AM I PRESSED MY EMERGENCY BUTTON AGAIN BECAUSE the PAINS IN MY CHEST was getting worser but STILL NO help CAME. AT 7:18 AM OFFICER MANN, OFFICER MCCARI AND the UNKNOWN FEMALE OFFICER with NO NAME TAG CAME BACK ON THE RANGE AN NO-ONE STOPED AT MY CELL DOOR TO SEE WHAT WAS MY MEDICAL EMERGENCY. ALL THIS CAN be SEEN ON ~~CAMERA~~ THE CAMERAS that LOCATED ON D/B. I END-UP PASSING OUT AN HITTING MY FOREHEAD AROUND THE TIME OF 7:25 AM BECAUSE I REGAINED CONSCIOUSNESS AROUND THE TIME OF 7:45 AM SO I AM GUESSING I WAS UNCONSCIOUS FOR 20 MINUTES. ALSO MY HEAD WAS GUSHING blood WHEN I REGAINED CONSCIOUSNESS. THERE WAS 3 OFFICERS MORE WHEN I PRESSED MY EMERGENCY button those 2 times AN I WAS SEEKING MEDICAL TREATMENT for the CHEST PAINS I WAS having. AROUND the time OF 7:55 AM OFFICER ZEPLIN AND OFFICER BISHOP WALKED PASS MY CELL DOOR without EVEN ANSWERING SO I HIT MY CELL DOOR SO they Could SEE MY FOREHEAD. ONCE OFFICER ZEPLIN And OFFICER bishop SEEN MY FOREHEAD They STARTED SMILE And told ME that's WHAT I GET FOR WRITING PEOPLE UP AN then they WALKED OFF. AT the time OF 8:03 AM LT. KAMMRAD WAS AT MY CELL DOOR TO GIVE ME A Incident Report OFFICER MCCARI WROTE ME TO TRY AN JUSTIFY NURSE HOPPER Refusing ME MY HEART MEDICATION, but ONCE LT. KAMMRAD SEEN MY FOREHEAD HE told ME HE WAS going to CALL MEDICAL SO I Could be SEEN FOR MY INJURIES. AT 8:55 AM PA-WALKER PULLED ME to THE MEDICAL ROOM ON MY UNIT WHICH IS D/B AN CHECKED MY blood PRESSURE AN HE looked AT the INJURIES TO MY FOREHEAD. MY blood PRESSURE WAS 169 OVER 114 WHICH is the Reason I PASSED OUT. I fear FOR MY LIFE because there are ONGOING ISSUES I AM having with the STAFF HERE AT USP Florence. ON THE DATE OF ~~04/24~~ 04/23/2024 AROUND the TIME OF 11:45 AM OFFICER MAINE WENT INTO MY CELL WHICH WAS CELL 107 AN FOUND SOME OF MY HEART MEDICATION that WAS GIVEN TO ME by MEDICAL BECAUSE I CAN HAVE MY HEART MEDICATION ON MY PERSON but GIVEN I AM IN A MENTAL HEALTH UNIT FOR INMATES that SELF-HARM I CANT HAVE it ON MY PERSON. But the REASON SOMEONE FROM the MEDICAL DEPARTMENT GAVE ME MY HEART MEDICATION ON SELF-CARRY is BECAUSE I was having MY HEART MEDICATION REFUSED to MUCH By the OTHER NURSES AND they DIDN'T WANT ME TO HAVE A HEART ATTACK. After OFFICER MAINE TOOK MY HEART MEDICATION OUT OF MY

7

## D. STATEMENT OF CLAIM(S)

CEU SOMEONE FROM the MEDICAL DEPARTMENT WAS called DOWN to MY UNIT to look AT THE MEDICATION FOUND IN MY. ONCE MY HEART MEDICATION WAS IDENTIFY PA-BAYER AND DR. MCGAUGH took ME OFF OF MY HEART MEDICATION EVEN KNOW THEY KNEW that by THEM taking ME OFF MY HEART MEDICATION I COULD HAVE A HEART ATTACK. THEY did NOT CARE BECAUSE LATER that DAY WHILE I WAS ON SUICIDE WATCH I PASSED OUT AN HIT MY HEAD ON the STEEL toilet that WAS located in the Suicide WATCH ROOM. The OFFICER that WAS WATCHING ME called A CODE AN LT. Lewis HAD to OPEN UP THE DOOR TO MY SUICIDE WATCH ROOM BECAUSE I WAS PASSED OUT. ONCE I WAS REMOVED FROM MY SUICIDE WATCH ROOM I WAS SEEN BY MEDICAL FOR PASSING OUT MY HEART RATE 150 AND MY blood PRESSURE WAS 172 OVER 118 WHICH IS life threatening, but NURSE PANICO told the OFFICERS to PUT ME back IN MY CEU I WAS FINE. NURSE PANICO MADE FALSE REPORTS to LT. Lewis About WHY MY blood PRESSURE AND HEART RATE WAS SO high BECAUSE LT. Lewis thought I need to be sent but NURSE PANICO DISREGARDED MY blood PRESSURE AND MY HEART RATE WHICH could HAVE COST ME MY LIFE. I WAS PLACED back IN MY CEU AN the OFFICER that WAS WATCHING ME ON Suicide WATCH DOCUMENTED IN THE SUICIDE WATCH LOG book EVERYTHING that HAD HAPPENED WITH ME that DAY. THE NEXT DAY WHICH WAS the DATE

8

## D. STATEMENT OF CLAIM(S)

OF 04/24/2024 Psychologist EXNER CAME TO SEE ME ON SUICIDE WATCH AN SHE TOLD ME that SHE WILL MAKE SURE I DONT GET back ON MY HEART MEDICATION AN I ASKED HER WHY WOULD SHE SAY that AN SHE told bECAUSE SHE HATE Niggers. AFTER Psychologist EXNER STATED this to ME I WAS REMOVED FROM SUICIDE WATCH AN placed BACK IN MY CELL 107. ONCE bACK iN MY CELL I tryed to KILL MYSELF AGAIN by Hanging MYSELF this is WHEN I WAS REMOVED FROM MY CELL AN SEEN by PA-WALLER. WHEN PA-WALLER CHECKED MY blood PRESSURE AND MY HEART RATE HE told ME that the Blood PRESSURE COULD NOT be Right bECAUSE if it WAS I AM SUPPOSE to be DEAD. HE ASKED ME did I TAKE any kind of MEDICATION I told HIM YES HEART MEDICATION HE asked ME WHEN WAS the lAST TIME I took it I told HIM I was taaking off of MY HEART MEDICATION OVER 24 Hours AGO. AFTER I SAID that HE told the LT to tAKE ME bACK to MY bECAUSE HE HAD to CAll the Doctor to get ME placed back ON MY HEART MEDICATION. AFTER I WAS REMOVED FROM the MEDICAL ROOM Psychologist EXNER Told the OFFICERS I WAS NOT goin bACK ON SUICIDE WATCH EVEN AFTER I WAS found HANging IN MY CELL. Psychologist EXNER HAD EVERYthing took out of MY CELL bEFORE I WAS plACED bACK IN MY CELL. I HAD to SLEEP ON STEEL FOR OVER 24 Hours AN SUSTAINED INJURIES TO MY bACK bECAUSE I did NOT HAVE A MATTRESS TO SLEEP ON ARE I Did NOT HAVE SOAP OR ANY THING likE that I WAS treated VERY bADLY bECAUSE

9

## D. STATEMENT OF CLAIM(S)

I HAVE been filing COMPLAINTS AGAINST THE STAFF HERE AT USP FLORENCE FOR NOT giving me Adequate Medical Treatment Also NONE OF this stuff WAS Suppose to happen to me because I filed A LIFE IN DANGERMENT COMPLAINT With ASSOCIATE WARDEN A. ARMijo AND CAPTAIN AVERY Saying THE MEDICAL STAFF WAS threatening to take ME OFF OF MY HEART MEDICATION if I Did NOT STOP filing COMPLAINTS AGAINST them but A.W. ARMijo AND CAPTAIN AVERY DISREGARDED MY COMPLAINT AN I ALMOST Die because of their NON-ACTIONS. I GAVE the LIFE IN DANGERMENT COMPLAINTS to A.W. ARMijo AND CAPTAIN AVERY of the DATE Of 04/02/2024. Also EVERY TIME I file A BP-8 OR BP-9 I DonT get A RESPONSE So COUNSELOR ENGEBRETSON HAS been Putting MEMOS With the BP-8 that ARE NOT getting ANSWERED this is WHY I AM filing this "IMMINENT DANGER" LAWSUIT because MY LIFE IS IN DANGER. Also the BLAKE V. ROSS CASE APPLY to MY COMPLAINT/CASE STEP by STEP. NURSE LINDGREN HAS DISREGARDED A MY SICK-CALLS IN Regards to MY CHEST PAINS She Has A MAJOR PART IN What's going ON With ME because SHE IS the (H.S.A) HERE AT USP FLORENCE. Also TREATMENT SPECIALIST Hodgens ON THE DATE Of 04/24/2024 Witnessed ME Holding MY HEART AN REQUESTING Treatment AN SHE WALKED AWAY FROM MY CELL DOOR Without GETTING ME ANY MEDICAL TREATMENT I Could HAVE DIE. Also THE MEDICAL DEPARTMENT HERE AT USP FLORENCE tryed to PLACE ME ON This MEDICATION CALLED AMlodipine FOR MY blood PRESSURE ISSUES but I Refused

10

To take it because the side-effects alone from the Medication (Amlodipine) would kill ME. ONE OF the side-effects the Medication "Amlodipine" has is it gives CHEST PAINS to who ever CONSUMES it. So if I WERE to take Amlodipine I RUN A MAJOR RISK of having A HEART ATTACK PLUS NO-ONE FROM the Medical DEPARTMENT got MY CONSENT to PLACE ME ON AMLODIPINE they PLACED ME ON AMLODIPINE WITHOUT MY KNOWLEDGE. NO (Doctor or PA) CAME TO TALK WITH ME IN REGARD to PLACING ME ON ANY NEW MEDICATION let ALONE A NEW blood PRESSURE MEDICATION that CAN CAUSE ME to have A HEART ATTACK given MY HEART condition. Also after the Medical DEPARTMENT FALSELY PLACED ME ON "AMLODIPINE" I had MY FAMILY file A COMPLAINT WITH the "COLORADO DEPARTMENT OF REGULATORY AGENCIES, DIVISION OF PROFESSIONS and OCCUPATIONS, 1560 Broadway, suite 1350 DENVER, COLORADO 80202 AGAINST the Medical DEPARTMENT here AT USP FLORENCE. ON THE DATE OF 03/22/2024 AT the time of 5:50 AM TO 5:55 AM NURSE TAYLOR HANDED MY HEART MEDICATION to ANOTHER INMATE by the LAST NAME of George. THE INMATE informed NURSE TAYLOR that HE HAD RECEIVED the WRONG MEDICATION FROM HER. After INMATE GEORGE STATED this to NURSE TAYLOR she WALKED BACK PASS MY cell WHICH was CELL 103 AN RETRIEVED the WRONG MEDICATION she had gave to inmate GEORGE. ONCE she RETRIEVED the WRONG MEDICATION she had gave to INMATE GEORGE, she gave INMATE GEORGE his MEDICATION AN she WALKED NEXT DOOR TO MY cell WHICH WAS CELL 103 AN TRIED to give

11

ME the SAME MEDICATION inmate george Handed Her back WHICH is A VIOLATION of policy. First She Walked PASS MY CEll DOOR Right After SHE gAVE MY HEART MEDICATION TO ANOTHER inmate then Second ONCE the INMATE that She gAVE MY HEART MEDICATION to INFORMED HER that She gAVE HIM THE WRONG MEDICATION SHE WALKED bACK PASS CEll AN RETRIEVED MY HEART MEDICATION FROM the INMATE She gAVE it to AN tryed to give that SAME MEDICATION to ME WHICH IS CRAZY. Also this Whole INCIDENT CAN be SEEN ON CAMERA. Also AT the time of 9:10 AM A UNKNOWN NURSE tryed to bRING ME MY HEART MEDICATION but I Could NOT ACCEPT it, because I WAS PRACTICING RAMADAN This YEAR WHICH IS A Month of FASTING. The Medical DEPARTMENT HAS knowledge of this, This IS WHY, the MEDICAL STAFF IS SUPPOSE to bRING EVERY INMATE that IS OR WAS PRACTICING RAMADAN this year MEDICATION before 5:30 AM IN the MORNING because INMATES that ARE ON RAMADAN CANNOT CONSUME ANYTHING After the SUN IS UP. So WITH that SAID you CAN CLEARLY SEE I AM being tARGETED by the MEDICAL DEPARTMENT AND the OTHER (F.B.O.P) Officials there AT USP FLORENCE. I'm asking tHE COURT FOR help because it NOT SAFE FOR ME here AT USP FLORENCE.

12

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):   Altizer et al

Docket number and court:   1:23-CV-00233 District of Colorado

Claims raised:   8th Amendment

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)   Yes

Reasons for dismissal, if dismissed:   

Result on appeal, if appealed:   

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

5

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* I AM SUEING EACH DEFENDANT FOR $580,000⁰⁰ AN I AM REQUESTING that I be ALLOW TO PROVE MY CASE Through ~~discovery~~ DISCOVERY IF NEED BE. Also I Would like EACH NAMED DEFENDANT IN this complAINT to be Removed FROM AROUND ME UNtil this CASE IS DONE. Also I HAVE ONE MORE REQUEST AN That is I WANT All NAMED DEFENHANTS IN this CASE fired if MY ClAIMS COME BACk To Be TRUE.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

04/29/2024
_____
(Date)

(Revised November 2022)

6